# Court of Appeals
# of the State of Georgia

ATLANTA,___February 18, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0258. EARNEST J. DAVIS, III v. LATRICE HARRIS DAVIS.**

Earnest J. Davis and Latrice Harris Davis were divorced in 2007. Latrice Davis filed a petition for contempt, alleging that Earnest Davis had violated several provisions of their divorce decree related to alimony, child support, property division, and other matters. The trial court entered an order finding Earnest Davis in contempt. Earnest Davis filed an application for discretionary appeal to challenge that order. We lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]"*Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Because this application appears to fall within the Supreme Court's jurisdiction, it is hereby TRANSFERRED to that Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____02/18/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*